✓ #125 * 129104

FILED
2010 DEC -2 PM 2: 15

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: SANDERS, MEE O.                           Case No. 04-31724

Debtor(s)                                         Chapter 7

Judge Richard L. Speer

## TRANSMITTAL OF UNCLAIMED FUNDS

Ericka S. Parker, Trustee in the above-captioned estate reports the following:

1. Ninety days have passed since the final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Name | Address | Amount |
|---|---|---|
| Advanced Credit Systems, | 1669 Lexington Ave., Suite A, Mansfield, OH 44907 | $115.96 |
| Advanced Credit Systems, | 1669 Lexington Ave., Suite A, Mansfield, OH 44907 | 6.64 |
| Acute Care Services, | P.O. Box 9241, Toledo, OH 43697-9241 | 93.39 |
| Acute Care Services, | P.O. Box 9241, Toledo, OH 43697-9241 | 5.35 |

2. Your Trustee's check for $221.34 payable to the Clerk of the United States Bankruptcy court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: 11/30/2010

Ericka S. Parker, Trustee

Office of the U. S. Trustee
*Served electronically

ep\unclafunds.frm